UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil No. 01-2129 JRT/FLN

Richard Bondeson,

Plaintiff,

**ORDER**

vs.

Fischer & Krecke, GmbH,

Defendant.

---

Based upon the Court's previous Order of April 3, 2002, the Plaintiff's counsel, James J. Boyd, Esq. has advised the Court in writing that based upon the above foreign Defendant's demand for service of process to be in compliance with the provisions of the Hague Convention, Plaintiff's counsel has shown good cause for the Court to extend the normally required 120 day period as provided by the Federal Rules of Civil Procedure and the Local Rules of the District for the above foreign Defendant corporation in which to file its answer or other pleading.

**IT IS HEREBY ORDERED**, that Plaintiff counsel's request for an extension of time is granted and that the time period for which the above foreign Defendant corporation is to file its answer or other pleading is hereby extended for another 120 day period from the date of this Order.

Dated: May 15, 2002

FRANKLIN L. NOEL
United States Magistrate Judge

FILED MAY 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK