UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Richard Bondeson,

Plaintiff,

v.

Fischer & Krecke, Inc.,

Defendant.

Civil 01-2129 JRT/FLN

REPORT & RECOMMENDATION

---

1. The complaint in this case was filed on November 23, 2001. When no answer was filed on behalf of defendant(s) or other appearance made within the time required by the rules, the court issued an order on April 3, 2002, which by its terms required plaintiff to take certain action.

2. By letter dated April 25, 2002, plaintiff responded to the order which set forth reasons for the delay and requested an extension in which to serve the defendant in this matter. The Court granted the request for an extension by an order dated May 15, 2002. Plaintiff was given an additional 120 days in which to serve the defendant.

2. To date, plaintiff has not complied with the terms of the order.

RECOMMENDATION

Based upon the foregoing, IT IS RECOMMENDED that this case be dismissed for lack of prosecution.

DATED: 12/30, 2002.

Franklin L. Noel
FRANKLIN L. NOEL
United States Magistrate Judge

FILED ... 2002
RICHARD D. SLETTEN ...
JUDGMENT ENTD ...
DEPUTY CLERK ...

Under D.Minn. LR 72.1(c)(2) any party may object to this Report and Recommendation by filing with the Clerk of Court, and serving all parties a writing which specifically identifies those portions of this Report to which objections are made and the basis of those objections. Failure to comply with this procedure shall operate as a forfeiture of the objecting party's right to seek review in the Court of Appeals. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.